IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **SARVINT TECHNOLOGIES, INC.,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**OMGSIGNAL, INC.,**<br><br>    **Defendant.** | **Civil Action No.**<br>**1:15-cv-70-TCB** |
| **SARVINT TECHNOLOGIES, INC.,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**SENSORIA, INC.,**<br><br>    **Defendant.** | **Civil Action No.**<br>**1:15-cv-72-TCB** |

## DECLARATION OF SPECIAL MASTER

I, Sumner Rosenberg, under penalty of perjury, declare and state that I have reviewed the list of parties and counsel and am aware of the general nature of the

case, and I know of no facts or circumstances that would constitute a ground under 28 U.S.C. §455 to disqualify me from acting as Special Master in this case.

Respectfully submitted,

_/s/ Sumner C. Rosenberg__
Sumner C. Rosenberg
Special Master

__July 6, 2016__
Date